FORM C9B
1ECB926281 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED DISTRICT SOUTHERN DISTRICT COURT – NEW YORK COUNTY

JUDAH DEVOREAUX,

    PLAINTIFF
– vs. –

SCHLESINGER ASSOCIATES, INC,

    DEFENDANT

Index No: 08CV0074
Date Filed: 00/00/0000
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **01/08/2008** at **11:14AM** at **500 FIFTH AVENUE ROOM 1030, NEW YORK, NY 10110**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **SCHLESINGER ASSOCIATES, INC** the **DEFENDANT** therein named by delivering to, and leaving personally with **JESSICA MARTIENZ, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: BROWN | HAIR: BLACK |
| APP. AGE: 30 | APP. HT: 5'3 | APP. WT: 130 |

OTHER IDENTIFYING FEATURES: GLASSES

On January 8, 2008 mailed an additional copy to the defendant Schlesinger Associates, Inc at 500 Fifth Ave Room 1030 New York, NY 10110 by first class mail

Sworn to before me on 01/09/2008.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML