UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JUDAH DEVOREAUX,

        Plaintiff,                  08 Civ. 0074 (WHP)

    -against-                     SCHEDULING ORDER

SCHLESINGER ASSOCIATES, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for an April 18, 2008 conference, the following is established on consent:

        (1) All discovery shall be completed by September 30, 2008;

        (2) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by October 31, 2008; and

        (3) This Court will hold a final pre-trial conference on November 14, 2008 at 10:00 a.m.

Dated: April 18, 2008
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Mariann Meier Wang, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
*Counsel for Plaintiff*

Kathryn Van Deusen Hatfield, Esq.
Schenck, Price, Smith,& King, LLP
10 Washington Street, P.O. Box 905
Morristown, NJ 07963
*Counsel for Defendant*