UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
JUDAH DEVOREAUX,
:
               Plaintiff,               08 Civ. 0074 (WHP)
:
     -against-                    ORDER REFERRING CASE
:                TO A MAGISTRATE JUDGE

SCHLESINGER ASSOCIATES, INC.,  :

               Defendant.    :

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2008

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

==================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  April 18, 2008
          New York, New York

                                                 UNITED STATES DISTRICT JUDGE
                                                 WILLIAM H. PAULEY III

*Counsel of Record:*

Mariann Meier Wang, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
*Counsel for Plaintiff*

Kathryn Van Deusen Hatfield, Esq.
Schenck, Price, Smith,& King, LLP
10 Washington Street, P.O. Box 905
Morristown, NJ 07963
*Counsel for Defendant*

*Copy mailed to:*

Hon. James C. Francis