**BAUCH ZUCKER HATFIELD LLC**
871 Mountain Avenue, Suite 200
Springfield, New Jersey 07081
973-376-4000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDAH DEVOREAUX,<br><br>   Plaintiff,<br><br>v.<br><br>SCHLESINGER ASSOCIATES, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 08-0074 WHP)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Bauch Zucker Hatfield LLC as attorneys for Defendant Schlesinger Associates, Inc., in the above entitled action.

| | |
|---|---|
| SCHENCK, PRICE, SMITH & KING, LLP<br>Attorneys for Defendant<br>Schlesinger Associates, Inc. | BAUCH ZUCKER HATFIELD LLC<br>Attorneys for Defendant<br>Schlesinger Associates, Inc. |
| By _[signature]_<br>Kathryn V. Hatfield, Esq.<br>Withdrawing Attorney | By _[signature]_<br>Kathryn V. Hatfield, Esq.<br>Superseding Attorney |