USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
JUDAH DEVOREAUX,              :
                              :
            Plaintiff,        :      08 Civ. 0074 (WHP)
                              :
    -against-                 :      ORDER
                              :
SCHLESINGER ASSOCIATES, INC., :
                              :
            Defendant.        :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: August 15, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of record:*

Mariann Meier Wang, Esq.
Ogilvie Andrew Fraser Wilson, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
*Counsel for Plaintiff*

Kathryn Van Deusen Hatfield, Esq.
Schenck, Price, Smith,& King, LLP
10 Washington Street, P.O. Box 905
Morristown, NJ 07963
*Counsel for Defendant*